UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-08962 SVW (JPRx) | Date | March 29, 2023 |
|---|---|---|---|
| Title | Christopher A. Quirarte Viramontes v. City of Redondo Beach, et al. | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING ACTION

   The Court, having received the Notice of Settlement, filed March 28, 2023, vacates all previously set dates.

   The Court moves the matter to the inactive calendar pending finalization of settlement. The parties shall proceed with the settlement within 60 days. Should the settlement not be finalized within 60 days, the parties shall notify the Court, in writing, and request that the matter be restored to the active calendar.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | VDR |