# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER A. QUIRARTE VIRAMONTES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF REDONDO BEACH, OFFICER ALICIA TAGGART, and OFFICER JOHN DOE,<br><br>　　　　Defendants. | Case No. 2:22-cv-08962-SVW-JPR<br>District Judge, Stephen V. Wilson<br>Magistrate Judge, Jean P. Rosenbluth<br><br>[~~PROPOSED~~] **ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Scheduling Conference: April 3, 2023 at 3:00 P.M. |

## ORDER

Based on the stipulation of the parties, this action is hereby dismissed as to all parties and all claims and causes of action, with prejudice, with each party bearing their own attorney fees and costs pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Date: May 26, 2023

_____
Honorable Stephen V. Wilson
United States District Judge

Case No. 2:22-cv-08962-SVW-JPR

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE